United States Courts
Southern District of Texas
FILED
SEP 15 2020
David J. Bradley, Clerk of Court

Paul E. Neal #489626
LeBlanc Unit
3695 f.m. 3514
Beaumont, Texas
77701

September 9, 2020

U.S. District Court
Southern District of Texas
Attn: Clerk
515 Rusk St.
Houston, Texas
77002

4:19-cv-3875

RE: 4:19-cv-3478

GREETINGS — PEACE UNTO YOU

Dear Clerk;

I have this day sent notice to respondents involved in the above notice cause number that I have been moved from the ESTELLE HIGH SECURITY Unit to the LeBlanc Unit in Beaumont, Texas. I would like this brought to the Court's attention.

Would appreciate your kind attention to this. Thank-you and MAY GOD BLESS you as I remain

Respectfully,

Paul E. Neal

#4896626 Paul E. Neal
LeBlanc Unit
3695 f.m. 3514
Beaumont, Texas
77701

NORTH HOUSTON TX 773
14 SEP 2020 PM 2 L

United States Courts
Southern District of Texas
FILED
SEP 15 2020
David J. Bradley, Clerk of Court

U.S. District Court
Southern District of Texas
Attn: Clerk
515 Rusk St.
Houston, Texas
77002

77002-262399